tion denied, with $10 costs. Order filed. See, also, 118 N. Y. Supp. 1137.

ROBINSON, Appellant, v. THOMPSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by Frank K. Robinson against Maude A. Thompson and another. No opinion. Judgment affirmed, with costs.

ROOK, Respondent, v. ROOK, Appellant (two cases). (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Actions by May E. Rook against Louis E. Rook.

PER CURIAM. Orders affirmed, with $10 costs and disbursements.

SMITH, P. J., and COCHRANE, J., dissent.

ROSATI, Respondent, v. UNITED STATES GYPSUM CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 24, 1909.) Action by Alfonso Rosati, as administrator, etc., against the United States Gypsum Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

ROSENBERG, Respondent, v. GITELSON, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Charles Rosenberg against Samuel Gitelson. No opinion. Motion for reargument denied, with costs, and stay vacated. See, also, 118 N. Y. Supp. 1138.

ROSENBERG, Respondent, v. HALPERT, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Charles Rosenberg against Max Halpert. No opinion. Motion to dismiss appeal granted, with costs.

ROSENSHIEN v. RUBIN. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Lena Rosenshien against Sigmund Rubin. No opinion. Motion denied. Settle order on notice.

RUBINSTEIN, Respondent, v. RADT, Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by George Rubinstein against Max Radt. M. D. Steuer, for appellant. J. W. Searing, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on opinion in Rubenstein v. Radt, 133 App. Div. 57, 117 N. Y. Supp. 893. Order filed.

RUDDOCK v. LEWISSON. (Supreme Court, Appellate Division, First Department.

November 5, 1909.) Action by Harry Ruddock against Walter H. Lewisson. No opinion. Motion denied. Order filed.

RUDDOCK, Respondent, v. LEWISSON, Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Harry T. Ruddock against Walter H. Lewisson. D. W. Rockmore, for appellant. W. B. Hopping, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RUTHERFORD REALTY CO. v. COOK et al. (Supreme Court, Appellate Division, First Department. November 24, 1909.) Action by the Rutherford Realty Company against Willett F. Cook and others. No opinion. Motion granted, the question as to the payment of the rents and taxes out of the deposit to be also certified. Settle order on notice. See, also, 118 N. Y. Supp. 1139.

RYAN, Respondent, v. WAGNER, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Timothy Ryan against Louis Wagner. No opinion. Judgment and order unanimously affirmed, with costs.

SACHSE, Appellant, v. WOHL, Respondent. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Elkon Sachse against Samuel Wohl. No opinion. There being nothing in the papers to indicate that the appeal is a meritorious one, the motion to dismiss is granted, with costs.

SACKETT & WILHELMS LITHOGRAPHING & PRINTING CO. v. BUCHAN'S SOAPS CORPORATION. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by the Sackett & Wilhelms Lithographing & Printing Company against the Buchan's Soaps Corporation. No opinion. Order affirmed, with $10 costs and disbursements.

SAND, Appellant, v. BORMAN, Respondent, et al. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Frances H. Sand against Adolph H. Borman and another. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 119 N. Y. Supp. 454.

SCHAEFER, Appellant, v. HUTCHINSON, Respondent. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by John Schaefer against Argo W. Hutchinson. No opinion. Motion denied, with costs.

SCHERL, Appellant, v. FLAM, Marshal, Respondent. (Supreme Court, Appellate Division, Second Department. November 24, 1909.)